**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA,**             Criminal No. 08-0382

    v.

**Greater Pittsburgh Trap and Skeet, Inc.,**

    **Defendant.**

## SENTENCING MEMORANDUM

COMES NOW the Defendant, Greater Pittsburgh Trap & Skeet, Inc., d/b/a Greater Pittsburgh Gun Club, by and through its attorney, Cynthia Reed Eddy, Esquire, Johnson & Eddy, LLC, and files this Sentencing Memorandum.

1. On May 19, 2009, the defendant corporation filed its Objections and Requested Additions to the presentence report.

2. The defendant respectfully requests that this Honorable Court consider the comments submitted in that filing in arriving at a sentence for the corporation.

3. In that filing, the defendant corporation requested that this Honorable Court consider imposing a minimal fine in this case since Joseph Donald Freund, a/k/a "Tex," acting as de facto president, is responsible for any corporate wrong doing. Tex is akin to a rouge employee, over which the corporation's sole shareholder (Margaret) had no control, nor did she, as stated above, have knowledge of his wrongdoing. In addition, the corporation, through Connie Gato, cooperated with the United States Attorney's Office,

providing valuable information during the course of the investigation, allowing the Federal Firearms License to lapse and closing the gun club upon request by the United States Attorney's Office. With regard to the corporation, it was communicated to the undersigned counsel that the main concern of law enforcement was that the corporation be dissolved so that Tex could never again use the entity to violate any firearms' statutes and regulations.

Any funds remaining in the corporation will be distributed to Margaret for her medical care and other needs associated with her advancing age. In addition, Margaret hopes to make some provision in her will for her other children, since Tex took ownership of the family's most valuable asset, the land on which the gun club was located. Finally, due to the fact that the corporation will be dissolved upon the payment of any fine paid, a term of probation is not necessary.

Respectfully submitted,

/s/ Cynthia Reed Eddy, Esquire
Pa. I. D. No. 51872

**JOHNSON & EDDY, LLC**
1720 Gulf Tower, 707 Grant Street
Pittsburgh, Pennsylvania 15219
Telephone: 412-338-4790

Facsimile:   (412) 227-3851
ceddy@johnsoneddy.com